**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Todd Allen SCHMIDT, Defendant–Appellant.**

No. 14–30084.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2015.*

Filed March 18, 2015.

Bryan R. Whittaker, Assistant U.S., Office of the U.S. Attorney, Helena, MT, Leif Johnson, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

James B. Obie, Obie Law, P.C., Helena, MT, for Defendant–Appellant.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Todd Allen Schmidt appeals from this district court's judgment and challenges the 96–month sentence imposed following his guilty-plea conviction for possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Schmidt contends that his sentence is substantively unreasonable given his relatively minor role and the fact that he had "several years" of law-abiding conduct prior to the offense. The district court did not abuse its discretion in imposing Schmidt's within-Guidelines sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including Schmidt's criminal history and the fact that he was under supervision for a prior felony drug conviction at the time he committed the instant offense. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.